IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  4:07CR3102 |
| | ) | |
| BRANDON RODGERS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing no. 34, now set for December 4, 2008, at 9:00 a.m. until a date certain in approximately 60 days.  The Court, being fully advised in the premises and noting that the government and the probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 5th, day of February, 2009, at 9:30 a. m.  The defendant is ordered to appear at such time.

Dated this 3rd day of December, 2008.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge