IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07 CR 3102 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| BRANDON RODGERS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

In accordance with the oral motions made at the hearing before the undersigned this date,

IT HEREBY IS ORDERED:

1. The petition for action on conditions of release, Filing No. 21, is dismissed.

2. The defendant's conditions of probation are amended to include an additional condition:

> The defendant shall participate in a cognitive group as directed by the supervision probation officer.

DATED April 10, 2009

BY THE COURT:

s/ *David L. Piester*
United States Magistrate Judge