IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Case No.  4:07CR3102 |
| ) | |
| BRANDON RODGERS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 49, now set for December 2, 2009, at 12:30 p.m. until a date certain convenient to this Court in approximately 45 days. The Court, being fully advised in the premises and noting that the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 15th day of January, 2010, at 12:00 noon. The defendant is ordered to appear at such time.

Dated November 30, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge